IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RYAN THOMAS, STEVEN DAVIS,
TIFANIE MOSELEY, and RUBEN VAUGHN

    Plaintiffs,

v.                                       CASE NO. 1:10-cv-00226-SPM-GRJ

PRODUCERS AGRICULTURE
INSURANCE COMPANY,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court upon Plaintiffs' Motion For Extension Of Time To File Response To Defendant's Motion To Dismiss Or, In The Alternative, Motion To Compel Arbitration And Stay Proceedings. (Doc. 12.) Plaintiffs request a fourteen (14) day extension of time until January 19, 2011 to respond to Defendant's Motion To Dismiss Or, In The Alternative, Compel Arbitration And Stay Proceedings (Doc. 10). Pursuant to Local Rule 7.1(B), Plaintiffs represent that Defendant's counsel has been contacted and does not object to the relief requested.

Accordingly, upon due consideration, it is **ORDERED**:

(1) Plaintiffs' Motion For Extension Of Time To File Response To Defendant's Motion To Dismiss Or, In The Alternative, Motion To Compel Arbitration And Stay Proceedings (Doc. 12) is **GRANTED**.

(2) Plaintiffs shall respond to Defendant's Motion To Dismiss Or, In The

Alternative, Motion To Compel Arbitration And Stay Proceedings (Doc. 10) on or before **January 19, 2011**.

      **DONE AND ORDERED** this 3rd day of January, 2011.

                                           *s/ Gary R. Jones*
                                           GARY R. JONES
                                           United States Magistrate Judge