IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RYAN THOMAS et al.,

    Plaintiffs,

v.                              CASE NO. 1:10cv226-SPM/GRJ

PRODUCERS AGRICULTURE
INSURANCE COMPANY, et al.,

    Defendants.

_____/

## ORDER CONTINUING DEADLINES AND TRIAL

Upon consideration, Plaintiffs' Unopposed Motion to Extend Discovery Deadlines and Reset the Trial Date (doc. 28) is granted. The following new trial date and deadlines apply.

| | |
|---|---|
| Plaintiffs' expert disclosure | May 1, 2011 |
| Defendants' expert disclosure | June 1, 2011 |
| Discovery | July 1, 2011 |
| Dispositive Motions | August 1, 2011 |
| Trial | November 7, 2011 |

DONE AND ORDERED this 25th day of March, 2011.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge