IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RYAN THOMAS, STEVEN DAVIS,
TIFANIE MOSELEY and REUBEN
VAUGHN,

    Plaintiffs,

v.                                              CASE NO. 1:10-cv-226-SPM-GRJ

PRODUCERS AGRICULTURE
INSURANCE COMPANY,

    Defendant.

_____/

**O R D E R**

    Pending before the Court are: (1) Defendant's Motion To Dismiss Or, In The Alternative, Motion To Compel Arbitration And Stay Proceedings (Doc. 10); (2) Plaintiffs' Motion For Leave To Amend Their Complaint, Add Additional Party Defendants, And For Remand Of This Cause To The Circuit Court In And For Alachua County, Florida (Doc. 20); (3) Plaintiffs' Motion For Leave To Amend Their Complaint, Withdraw Their Request To Add David Spaulding And Spaulding Insurance Agency, Inc. As Party Defendants And Withdraw Their Request To This Court To Remand This Matter To The Circuit Court In And For Alachua County, Florida (Doc. 34); and (4) Plaintiffs' First Motion To Compel. (Doc. 41.)

    Because Plaintiffs have filed a second motion for leave to amend in which they advise that they have withdrawn their request to add additional defendants, Plaintiffs' first motion for leave to amend (Doc. 20) would appear to be moot. With regard to the discovery disputes raised in Plaintiffs' motion to compel, the most expeditious method for addressing these issues is at a hearing. However, Defendant's motion to compel

arbitration and stay proceedings raise threshold issues, which if successful, would render the request for leave to file an amended complaint and the discovery issues moot.

The Court, therefore, determines that a hearing is necessary to address all of the issues raised in the pending motions. Accordingly, a hearing is scheduled before Magistrate Judge Gary R. Jones on **Thursday, June 30, 2011 at 10:30 a.m.** at the United States Courthouse, 401 S.E. First Avenue, Third Floor Courtroom, Gainesville, Florida 32601. The Court has reserved one and a half hours for the hearing.

**DONE AND ORDERED** this 21st day of June, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge