IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RYAN THOMAS et al.,

    Plaintiffs,

v.                                                    CASE NO. 1:10cv226-SPM/GRJ

PRODUCERS AGRICULTURE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This case has been dismissed with prejudice pursuant to the parties' Stipulation of Dismissal with Prejudice (doc. 60) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, the clerk shall close this case.

SO ORDERED this 12th day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge